THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAN SHEKHAR NAIDU, | CASE NO. C20-1410-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CITY OF LYNWOOD, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's application for court-appointed counsel (Dkt. No. 6). Upon reviewing Plaintiff's complaint, the Court concludes that it is appropriate to forward Plaintiff's case for further screening by the Federal Bar Association's Pro Bono Panel. *See* General Order 10-05, August 1, 2010, Section 3(c) (In re Amended Plan for the Representation of Pro Se Litigants in Civil Rights Actions). The Clerk is DIRECTED to forward the necessary materials, including Plaintiff's complaint and application for court-appointed counsel (Dkt. Nos. 5, 6), to the Screening Committee for the Pro Bono Panel and to RENOTE Plaintiff's motion to appoint counsel (Dkt. No. 6) to November 20, 2020.

//

//

MINUTE ORDER
C20-1410-JCC
PAGE - 1

DATED this 21st day of October 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-1410-JCC
PAGE - 2