THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAN SHEKHAR NAIDU,<br><br>                Plaintiff,<br><br>      v.<br><br>CITY OF LYNWOOD, *et al.*,<br><br>                Defendants. | CASE NO. C20-1410-JCC<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter comes before the Court on Plaintiff's application for court-appointed counsel. (Dkt. No. 6.) The Court referred Plaintiff's request to the Pro Bono Screening Committee upon receiving it. (Dkt. No. 8.) The committee recommends that counsel be appointed.

      After reviewing Plaintiff's application and the Pro Bono Screening Committee's recommendation, the Court GRANTS Plaintiff's request for court-appointed counsel. The Court DIRECTS the Pro Bono Coordinator to identify pro bono counsel for appointment. The Court also DIRECTS the Clerk to send a copy of this Order to Plaintiff and the Pro Bono Screening Coordinator.

//

//

MINUTE ORDER, C16-1307-JCC
PAGE - 1

DATED this 30th day of October 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk