THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAN SHEKHAR NAIDU, | CASE NO. C20-1410-JCC |
| Plaintiff, | AMENDED MINUTE ORDER |
| v. | |
| CITY OF LYNWOOD, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff had previously moved for court-appointed counsel. (Dkt. No. 6.) The Court referred Plaintiff's motion to the Pro Bono Screening Committee, who recommended that counsel be appointed. (Dkt. No. 8.) Based upon that recommendation, the Court granted Plaintiff's motion and directed the Pro Bono Coordinator to identify pro bono counsel for appointment. (Dkt. No. 9.) Counsel has now been identified. The Court DIRECTS John Goldmark, Eric Franz and Olivia Powar of Davis Wright Tremaine to appear on behalf of Plaintiff in this matter. The Court also DIRECTS the Clerk to send a copy of this Order to Plaintiff, the Pro Bono Screening Coordinator, and Plaintiff's appointed counsel.

//

//

1    DATED this 2nd day of November 2020.

2                                                      William M. McCool
                                                       Clerk of Court
3

4                                                      s/Paula McNabb
                                                       Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26