THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAN SHEKHAR NAIDU, | CASE NO. C20-1410-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CITY OF LYNWOOD, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for extension of time to serve the complaint. Having reviewed the motion and relevant filings, and determined that good cause has been shown, the Court GRANTS the motion. Plaintiff's deadline to serve the complaint (Dkt. No. 5) pursuant to Federal Rule of Civil Procedure 4(m) is hereby EXTENDED to March 29, 2021.

DATED this 28th day of December 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-1410-JCC
PAGE - 1