HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAN SHEKHAR NAIDU,<br><br>                Plaintiff,<br>  v.<br><br>CITY OF LYNNWOOD, et al.,<br><br>                Defendants. | No. C20-01410-JCC<br><br>ORDER |

    This matter comes before the Court by Plaintiff Aman Shekhar Nadu's appointed counsel, John A. Goldmark, Eric Franz, and Olivia Powar (collectively "Counsel"). Counsel request relief from appointment pursuant to W.D. Wash. Pro Bono Panel Rules 2(a) and 2(e). Having reviewed the application for relief from appointment, the Court **GRANTS** the application and permits Plaintiff to prosecute the action *pro se*. A separate motion to withdraw is unnecessary to withdraw Counsel from this case.

    DATED this 15th day of April, 2021.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1